AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cedarbaum, Miriam G. | US District Court -SDNY | 05/07/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - Senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

US Court House
500 Pearl Street
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee Emerita | Barnard College |
| 2. | Trustee | Trust ▮▮▮▮▮▮▮▮ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 05/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Davis Polk & Wardwell Pension | $10,677.84 |
| 2. 2014 | Museum of Modern Art Pension Trust-Pension | $1,745.88 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 05/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Santander Bank | A | Interest | M | T | | | | | |
| 2. TD Bank | A | Interest | M | T | | | | | |
| 3. (H) First Manhattan Account | | | | | | | | | |
| 4. Range Res Corp | A | Dividend | J | T | Buy | 07/31/14 | K | | |
| 5. New York St Dorm Auth Revs ST | A | Interest | J | T | | | | | |
| 6. NYS UDC PIT-3/15/15 | B | Interest | | | Redeemed | 03/17/14 | K | | |
| 7. NY Thruway Fuel TX MBIA-4/1/13 | B | Interest | K | T | | | | | |
| 8. Virgin Island PFA Rum Tax-10/1/18 | B | Interest | | | Redeemed | 10/01/14 | K | | |
| 9. NY ST Thruway Svc CT - 11/15/11 | B | Interest | K | T | | | | | |
| 10. Crimson Wine Group | | None | J | T | | | | | |
| 11. NY Dorm Mental Health FGIC-2/15/19 | A | Interest | J | T | | | | | |
| 12. Johnson & Johnson Com | B | Dividend | L | T | | | | | |
| 13. Leucadia National Corp | A | Dividend | K | T | | | | | |
| 14. First Manhattan Cash & Cash Equivalents | A | Interest | J | T | | | | | |
| 15. H - Brokerage # 1 - Trust UWO deceased husband | | | | | | | | | |
| 16. -Cash & Equivalents:First Manhattan Co. | | None | M | T | | | | | |
| 17. Ascent Cap Group | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -RHJ International Common | | None | | | Sold | 05/30/14 | K | | |
| 19. -American Express Common | A | Dividend | L | T | | | | | |
| 20. -Berkshire Hathaway Common | | None | M | T | | | | | |
| 21. -Discovery Hldg Corp Common | | None | M | T | | | | | |
| 22. -Johnson & Johnson, Common | B | Dividend | L | T | | | | | |
| 23. -Leucadia National Corp. | A | Dividend | K | T | | | | | |
| 24. -Onex Corp Common | A | Dividend | M | T | | | | | |
| 25. Loews Corp | A | Dividend | L | T | | | | | |
| 26. Walgreen Boots Alliance Inc - merged with Walgreen Co. | C | Dividend | M | T | | | | | |
| 27. Mosaic Co New Com | B | Dividend | L | T | | | | | |
| 28. Crimson Wine Group | | None | J | T | | | | | |
| 29. Range Res Corp Com | A | Dividend | L | T | Buy | 07/31/14 | L | | |
| 30. ConocoPhillips Com. | C | Dividend | L | T | | | | | |
| 31. Allison Transmission Inc.,7.125%, 5/15/15 | C | Interest | L | T | | | | | |
| 32. -Port of Authority of NY & NJ-01/15/39 | B | Interest | | | Redeemed | 01/15/14 | L | A | |
| 33. Brookfield Renewable Partnership | A | Int./Div. | L | T | Buy | 11/28/14 | L | | |
| 34. Stancorp Finl Group Inc.-6.9%, 6/1/67 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Stancorp Finl Group Inc.-6.9%, 6/1/67 | C | Interest | L | T | | | | | |
| 36. Brookfield Infrastructure | D | Int./Div. | M | T | | | | | |
| 37. | C | Distribution | | | | | | | |
| 38. Brookfield PPTY | A | Int./Div. | L | T | Buy | 11/28/14 | L | | |
| 39. Puerto Rico Commonwealth | A | Interest | J | T | | | | | |
| 40. H - First Manhattan Co. Rollover IRA | | | | | | | | | |
| 41. -Cash & Equivalents: First Manhattan Bank | A | Interest | K | T | | | | | |
| 42. -RHJ International Common | | None | | | Sold | 06/02/14 | K | | |
| 43. -American Express Common | A | Dividend | L | T | | | | | |
| 44. -Berkshire Hathaway Common | | None | M | T | | | | | |
| 45. -Discovery Hldg Common | | None | M | T | | | | | |
| 46. -Johnson & Johnson Com | C | Dividend | M | T | | | | | |
| 47. -Leucadia National Corp | A | Dividend | L | T | | | | | |
| 48. -Onex Corp Common | A | Dividend | M | T | | | | | |
| 49. Crimson wine Group | | None | J | T | | | | | |
| 50. Leucadia Natl Corp 9/15/2015 | D | Interest | L | T | | | | | |
| 51. Ascent Media Corp Ser A | | None | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brookfield Infrastructure | D | Int./Div. | M | T | | | | | |
| 53. | C | Distribution | | | | | | | |
| 54. Loews Corp. | A | Dividend | L | T | | | | | |
| 55. Walgreens Boots Alliance, Inc - merged with Walgreen Co. | C | Dividend | M | T | | | | | |
| 56. Bank of America | | None | J | T | | | | | |
| 57. Stancorp Finl Group Inc. | C | Interest | L | T | | | | | |
| 58. Brookfield Asset Mgmt Inc | B | Interest | K | T | | | | | |
| 59. Stancorp Finl Group | C | Interest | L | T | | | | | |
| 60. Vornado Rlty L P NT | C | Interest | L | T | | | | | |
| 61. ConocoPhillips Com | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 05/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On 8/6/2014 Discovery Communications, Inc declared a special dividend of series C common shares in a 3:1 ratio, increasing the shares owned from 1700 to 5100. This is reported in Part VII. Investments and Trusts, line 21.

On 8/6/2014 Discovery Communications, Inc declared a special dividend of series C common shares in a 3:1 ratio, increasing the shares owned from 1700 to 5100. This is reported in Part VII. Investments and Trusts, line 45.

On 12/31/2014 Walgreen Co. merged into Walgreens Boots Alliance, Inc. This is reported in Part VII. Investments and Trusts, line 26.

On 12/31/2014 Walgreen Co. merged into Walgreens Boots Alliance, Inc. This is reported in Part VII. Investments and Trusts, line 55.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Miriam G. Cedarbaum**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544